UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
OCT 22 2004
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| V. | MAGISTRATE'S CASE NO. 7:04-po-04540 |
| GILBERTO RAMIREZ-RAMIREZ | |
| Defendant | |

### AMENDED JUDGMENT

On October 20, 2004, the defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of knowingly and unlawfully entering the United States at a place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), as charged in the Complaint; and the Court having found that the defendant is mentally competent, that the defendant's plea is voluntary and that there is a factual basis for the plea;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED that a term of imprisonment of **35 days and a special assessment of $10.00 are hereby imposed.** Defendant is to be given credit for time already served on said sentence.

DONE at McAllen, Texas, this 22nd day of October, 2004.

_Dorina Ramos_
Dorina Ramos
UNITED STATES MAGISTRATE JUDGE